# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**HITACHI MEDICAL SYSTEMS**
**OF AMERICA, INC.**

      Plaintiff,

vs.                                          **Case No.: 8:08-MC-152-T-24EAJ**

**HORIZON MEDICAL GROUP, INC.**
**et al.**,

      Defendants.

_____/

## ORDER

Before the court is Plaintiff Hitachi Medical Systems of America, Inc.'s **Unopposed Motion to Seal Pursuant to Order** (Dkt. 89), filed April 21, 2009. Plaintiff requests permission to file its Motion for Proceedings Supplementary to Execution and to Implead Additional Defendants, including exhibits, under seal. Specifically, Plaintiff requests to file under seal the deposition transcript of Daniel Branch and a confidential asset purchase agreement involving some of the Defendants (Id. at 1). Plaintiff seeks this relief pursuant to an agreed protective order between the parties in the underlying case in the United States District Court for the Northern District of Ohio, a copy of which is attached to Plaintiff motion to seal (Dkt. 89-1). Defendants do not oppose the motion.

Plaintiff contends that the seal is necessary because the motion it seeks to file and the exhibits contain detailed information about the contents of the asset purchase agreement (Dkt. 89 at 2). Plaintiff also submits that its failure to file these documents under seal would violate the parties' agreed protective order (Id.). Thus, Plaintiff's motion includes a statement of why the transcript should be sealed, in compliance with this court's local rules. See Local Rule 1.09, M.D.

Fla.

Upon consideration, it is **ORDERED**:

(1)     Plaintiff's **Unopposed Motion to Seal Pursuant to Order** (Dkt. 89) is **GRANTED**

to the extent that Plaintiff is permitted to file its Motion for Proceedings

Supplementary to Execution and to Implead Additional Defendants, including

exhibits, under seal.   This seal is subject to further review if circumstances warrant

and shall not extend beyond one year from the date of this order.  See Local Rule

1.09(c), M.D. Fla.

**DONE** and **ORDERED** in Tampa, Florida on this 4th day of May, 2009.

ELIZABETH A JENKINS
United States Magistrate Judge